No. 562.   CONNOR *v.* CALIFORNIA ET AL.

March 25, 1940.   *Per Curiam:* The motion for a writ of certiorari to correct a diminution of the record is denied. The motion to remand is granted, the judgment is vacated and the cause is remanded to the Supreme Court of California for further consideration of the application for habeas corpus. *Frank S. Connor, pro se* and *Mr. H. Thomas Austern* for petitioner. *Messrs. Earl Warren,* Attorney General of California, and *Everett W. Mattoon,* Assistant Attorney General, for respondents.

No. 87.   WHITE *v.* TEXAS.

March 2., 1940.   *Per Curiam:* The motion for leave to file a petition for rehearing is granted, and the petition for rehearing is also granted. The order entered November 13, 1939, 308 U. S. 608, is vacated. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari is granted and the judgment is reversed. *Chambers* v. *Florida, ante,* p. 227; *Canty* v. *Alabama, ante,* p. 629. The mandate is ordered to issue forthwith. *Mr. Carter Wesley* for petitioner.